**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 23-2044**

───────────

MARGARITA BARTOLO-RAMIREZ,

Petitioner,

v.

MERRICK B. GARLAND, Attorney General,

Respondent.

───────────

On Petition for Review of an Order of the Board of Immigration Appeals.

───────────

Submitted:  June 7, 2024                          Decided:  June 21, 2024

───────────

Before NIEMEYER, THACKER, and HARRIS, Circuit Judges.

───────────

Petition denied by unpublished per curiam opinion.

───────────

**ON BRIEF:**  Abdoul A. Konare, KONARE LAW, Frederick, Maryland, for Petitioner. Brian M. Boynton, Principal Deputy Assistant Attorney General, Anthony C. Payne, Assistant Director, Christopher Ian Pryby, Trial Attorney, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Margarita Bartolo-Ramirez, a native and citizen of Guatemala, petitions for review of an order of the Board of Immigration Appeals ("Board") dismissing her appeal from the immigration judge's ("IJ") decision finding her removable and denying her motion for a continuance pending resolution of her petition for a U-Visa. *See* 8 U.S.C. § 1101(a)(15)(U). Bartolo-Ramirez failed to assert before the Board and IJ that her U-Visa petition was prima facie approvable. *See In re L-A-B-R-*, 27 I. & N. Dec. 405, 413 (A.G. 2018) (petitioner bears burden of establishing good cause for a continuance). Accordingly, we conclude that there was no abuse of discretion in the Board's order and dismiss the petition for review. *See Gonzalez v. Garland*, 16 F.4th 131, 144 (4th Cir. 2021) (stating standard of review). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*